UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Candy Jar, Inc., individually and on behalf of all others similarly situated            Plaintiff,<br><br>-v-<br><br>Nestle Suisse S.A.; Nestle U.S.A., Inc.; Nestle Canada Inc.; Mars, Incorporated; Mars North America; Mars Snackfoods U.S.A. LLC; Mars Canada Inc.; Cadbury Schweppes plc; Cadbury Adams Canada, Inc.; The Hershey Company; Hershey Canada Inc.; and ITWAL, Ltd.            Defendant. | 08 CV 01548<br><br>Case No._____<br><br>**Rule 7.1 Statement**<br><br>RECEIVED<br>FEB 1 4 2008<br>U.S.D.C. S.D. N.Y. |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff The Candy Jar, Inc.            (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 2-11-08

Signature of Attorney

**Attorney Bar Code:** FF8511

Form Rule7_1.pdf  SDNY Web 10/2007