UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **THE CANDY JAR, INC.**, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>- vs. -<br><br>**NESTLE SUISSE S.A.; NESTLE U.S.A., INC.; NESTLE CANADA INC.; MARS, INCORPORATED; MARS NORTH AMERICA; MARS SNACKFOODS U.S.A. LLC; MARS CANADA INC.; CADBURY SCHWEPPES PLC, CADBURY ADAMS CANADA, INC.; THE HERSHEY COMPANY; HERSHEY CANADA INC.; and ITWAL, LTD.**<br><br>               Defendants. | Case No.:     08 CV 01548 (PKC)<br><br>**NOTICE OF APPEARANCE**<br><br>ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendants The Hershey Company.

I certify that I am admitted to practice in this court.

Dated: March 26, 2008

       s/
Craig S. Primis (CP-5017)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C.  20005
Telephone:    (202) 879-5000
Facsimile:     (202) 879-5200

*Attorney for The Hershey Company*