UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **THE CANDY JAR, INC., individually and on behalf of all others similarly situated**, <br><br>           Plaintiff,<br><br>  - vs. -<br><br>**NESTLE SUISSE S.A.; NESTLE U.S.A., INC.; NESTLE CANADA INC.; MARS, INCORPORATED; MARS NORTH AMERICA; MARS SNACKFOODS U.S.A. LLC; MARS CANADA INC.; CADBURY SCHWEPPES PLC, CADBURY ADAMS CANADA, INC.; THE HERSHEY COMPANY; HERSHEY CANADA INC.; and ITWAL, LTD.**<br><br>           Defendants. | Case No.:  08 CV 01548 (PKC)<br><br>**RULE 7.1 DISCLOSURE**<br><br>ECF CASE |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for The Hershey Company ("Hershey") states that (a) Hershey has no parent corporation, and (b) no publicly held corporation owns 10 percent or more of Hershey's stock.


Dated:  March 26, 2008

         s/
Craig S. Primis (CP-5017)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C.  20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

*Attorney for The Hershey Company*