UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
THE CANDY JAR, INC., individually and on behalf                    :   08 CV 01548 (PKC)
of a class of all those similarly situated,                        :
                                                                   :   ECF CASE
          Plaintiffs,                                              :
                                                                   :   **NOTICE OF APPEARANCE**
     v.                                                            :
                                                                   :
CADBURY ADAMS CANADA, INC., et al.,                                :
                                                                   :
          Defendants.                                              :
                                                                   :
------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that Michael R. Huttenlocher hereby appears as counsel for the defendant, Mars Incorporated, Mars North America, and Mars Snackfoods U.S.A. LLC ("Mars") in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
       March 26, 2008

                                          McDERMOTT WILL & EMERY LLP

                                          By: _____
                                              Michael R. Huttenlocher

                                          340 Madison Avenue
                                          New York, New York 10017
                                          (212) 547-5400

                                          *Attorneys for Defendants Mars*

NYK 1153176-1.002227.0102