USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CANDY JAR, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- vs. -<br><br>NESTLE SUISSE S.A.; NESTLE U.S.A., INC.; NESTLE CANADA INC.; MARS, INCORPORATED; MARS NORTH AMERICA; MARS SNACKFOODS U.S.A. LLC; MARS CANADA INC.; CADBURY SCHWEPPES PLC, CADBURY ADAMS CANADA, INC.; THE HERSHEY COMPANY; HERSHEY CANADA INC.; and ITWAL, LTD.<br><br>Defendants. | Case No.: 08 CV 01548 (PKC)<br><br>PKC<br><br>ECF CASE<br><br>STIPULATION AND [PROPOSED] ORDER |

WHEREAS Plaintiff filed the Complaint in the above-captioned case;

WHEREAS Plaintiff alleges price fixing of chocolate by defendants;

WHEREAS more than sixty complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring actions on behalf of direct and indirect purchasers alleging antitrust violations by manufacturers, distributors, and sellers of Chocolate (collectively "the Chocolate Cases");

WHEREAS several motions are pending before the Judicial Panel on Multidistrict Litigation to transfer the Chocolate Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407, and plaintiff and defendants The Hershey Company, Mars, Incorporated, and Nestle U.S.A., Inc. (collectively, "the Chocolate Companies") anticipate that additional responses will be filed;

WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in the Chocolate Cases;

WHEREAS plaintiff and the Chocolate Companies have agreed that an orderly schedule for any response to the pleadings in the Chocolate Cases would be more efficient for the parties and for the Court; and

WHEREAS no prior extensions have been granted;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the undersigned counsel for all parties herein, subject to approval of the Court, as follows:

1. The deadline for the Chocolate Companies to answer, move, or otherwise respond to plaintiffs' Complaints shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the Chocolate Cases; or (2) forty-five days after plaintiff provides written notice to the Chocolate Companies that plaintiffs do not intend to file a Consolidated Amended Complaint, provided however, that in the event that the Chocolate Companies should agree or be ordered to respond prior to that date in any Chocolate case, the Chocolate Companies will respond to the Complaint in the above-captioned case on that earlier date.

2. The defense counsel identified below shall accept service of the Complaint filed in this case, including any amended or consolidated complaint, on behalf of the domestic entities that they represent. The Chocolate Companies shall not contest the sufficiency of process or service of process; provided, however, that by entering into this Stipulation no defendant waives any other defense, including but not limited to the defense of lack of personal or subject matter jurisdiction, improper venue, or service of an improper entity.

3. The plaintiff will not to seek discovery until the Judicial Panel on Multidistrict Litigation rules on the pending motions to transfer and the transferee district enters a case management order, provided, however, that in the event that the Chocolate Companies

should agree or be ordered to provide discovery in any Chocolate case before that date, the Chocolate Companies will simultaneously provide the same discovery to the plaintiff in the above-captioned action.

4. This extension is available, without further stipulation with counsel for plaintiff, to all named defendants.

Dated: March 26, 2008

THE FURTH FIRM LLP
By: _____
Henry A. Cirillo
Frederick P. Furth
Michael S. Christian
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

SO ORDERED:
_____
Hon. P. Kevin Castel, U.S.D.J.

3-26-08

MCDERMOTT WILL & EMERY LLP

By: _____
Michael R. Huttenlocher (MH-1710)
340 Madison Avenue
New York, NY 10017
(212) 547-5400

David Marx, Jr.
227 West Monroe Street
Chicago, Illinois
Telephone: (312) 984-7668
Fax: (312) 984-7700
*Attorneys for Mars, Incorporated*

-3-

KIRKLAND & ELLIS LLP

By: _____
Craig S. Primis, P.C. (CP-5017)
655 Fifteenth Street
Washington, DC 20005-5793
Telephone: (202) 879-5000
Fax: (202) 879-5200
*Attorneys for The Hershey Company*


HOWREY LLP

By: _____
Christina Guerola Sarchio (CS0620)
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 383-6503
Fax: (202) 383-6610

*Attorneys for Nestle U.S.A., Inc.*